IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* KRAH PLUNKERT, *et al.* | * | |
| | * | |
| Plaintiffs, | | FILED UNDER SEAL |
| | * | |
| v. | | Civ. No. SAG-19-3375 |
| | * | |
| MARYLAND BROADBAND COOPERATIVE, *et al.*, | * | |
| Defendants. | * | |
| | * | |

**ORDER**

The United States of America having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not made public or served upon the defendants, except for this Order and the United States of America's Notice of Election to Decline Intervention, which the relator shall serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States of America, as provided for in 31 U.S.C. § 3730(c)(3). The United States of America may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States of America;

6. All orders of this Court shall be sent to the United States of America; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States of America before ruling or granting its approval.

IT IS ORDERED this __29th__ day of March 2023.

/s/
_____
Stephanie A. Gallagher
United States District Judge