IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex. rel.* **KRAH PLUNKERT,** *et al.* | * |
| | * |
| **Plaintiffs,** | |
| | * |
| v. | Civ. No. SAG-19-3375 |
| | * |
| **MARYLAND BROADBAND COOPERATIVE,** *et al.*, | * |
| | |
| **Defendants.** | * |
| | |
| | * |

## UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL OF CLAIMS ASSERTED ON BEHALF OF THE STATE OF MARYLAND

On April 11, 2023, the State of Maryland filed a Notice of Election to Decline to Intervene. (ECF No. 27.) Pursuant to section 8-104(a)(7) of the General Provisions article of the Annotated Code of Maryland, which provides that, if the State of Maryland "does not elect to intervene and proceed with the action . . . , the court shall dismiss the action," the State also requested that all claims asserted on behalf of the State of Maryland be dismissed without prejudice. (*Id.*) The United States hereby notifies the Court that it consents to the dismissal of all claims asserted on behalf of the State of Maryland without prejudice.

The United States acknowledges that Relator has not dismissed the claims brought on behalf of the United States and that, pursuant to 31 U.S.C. 3730(c)(3), Relator may continue to maintain this action in the name of the United States.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: */s/ Kelly M. Marzullo*
Kelly M. Marzullo (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4956 (direct)
(410) 962-2310 (fax)
kelly.marzullo@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 4, 2023, a copy of the foregoing *United States of America's Notice of Consent to Dismissal of Claims Asserted on Behalf of the State of Maryland*, which was electronically filed via the Court's CM/ECF system on May 4, 2023, was served via email and U.S. mail, first class, postage prepaid, on:

> Shelly Marie Martin
> Maryland Office of the Attorney General
> 200 Saint Paul Place
> Baltimore, Maryland 21202
> smartin@oag.state.md.us
> *Attorney for the State of Maryland*

> */s/ Kelly M. Marzullo*
> Kelly M. Marzullo
> Assistant United States Attorney