IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATE OF AMERICA,<br>*EX REL* KRAH PLUNKERT, *et al*, | * | |
| | * | |
| Plaintiffs, | | CASE NO.   SAG-19-3375 |
| | * | |
| v. | | FILED UNDER SEAL |
| | * | |
| MARYLAND BROADBAND<br>COOPERATIVE, *et al.* | * | |
| | | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the State of Maryland's Notice of Election to Decline to Intervene, it is this   4th   day of May, 2023,

**ORDERED** that all claims asserted on behalf of the State of Maryland be and hereby are **DISMISSED WITHOUT PREJUDICE**.

/s/
_____
Stephanie A. Gallagher
Judge, United States District Court
for the District of Maryland