# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EX REL PLUNKERT | * | |
| Plaintiff | | |
| | * | Civil Case No. SAG-19-3375 |
| v. | | |
| | * | |
| MARYLAND BROADBAND COOPERATIVE, et al. | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

This Court has reviewed the motion to stay this civil proceeding, and the related briefing. ECF 45, 46, 47, 48. No hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2021). The motion is GRANTED IN PART AND DENIED IN PART. A complete stay of the civil proceeding is broader than necessary to protect the Fifth Amendment rights of Mr. Mitchell and Mr. Kacher, and the other parties to this proceeding have a compelling interest in taking discovery given the amount of time that has elapsed since the events at issue. This Court will impose a limited stay that will prohibit ONLY any requests of discovery (in the form of interrogatories or depositions) from Mr. Mitchell and Mr. Kacher during the pendency of the criminal proceedings. Otherwise, the civil case will proceed. Should any party believe that the limited stay should terminate before the termination of the criminal proceedings, or that some limited discovery from those defendants can be accomplished without infringing on their Fifth Amendment rights, it may seek reconsideration of this Order.

Dated: July 14, 2023                              /s/
                                                  Stephanie A. Gallagher
                                                  United States District Judge