STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, *ex rel.* KRAH PLUNKERT,<br><br>Plaintiffs,<br><br>v.<br><br>MARYLAND BROADBAND COOPERATIVE, *et al.*,<br><br>Defendants. | Civ. No. SAG-19-3375 |

### JOINT MOTION TO DEFER DISMISSAL WITH PREJUDICE

The parties through counsel jointly move to defer the dismissal with prejudice of this proceeding for fifteen (15) days on these grounds:

1. This matter was conditionally dismissed without prejudice March 20, 2024. That dismissal would become a dismissal with prejudice April 19, 2024, if not deferred for cause.

2. Since then, the parties have been working diligently and in good faith to develop appropriate documentation of their agreement but require additional time to complete that process.

3. Deferring dismissal with prejudice fifteen days, until May 4, 2024, will accommodate the parties, prejudice no one, and cause no undue delay.

WHEREFORE, it is respectfully requested this Honorable Court defer dismissal with prejudice of this proceeding until May 4, 2024.

*Jay P. Holland*        RRC
Jay P. Holland (Fed. Bar # 06015)
jholland@jgllaw.com
Erika Jacobsen White (Fed. Bar # 21815)
ewhite@jgllaw.com
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214


Robin R. Cockey (Fed. Bar # 02657)
rrcesq@cbmlawfirm.com
Ashley A. Bosché (Fed. Bar # 28800)
bosche@cbmlawfirm.com
COCKEY, BRENNAN & MALONEY, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
Tel: (410) 546-1750
Fax: (410) 546-1811
***Attorneys for Plaintiff/Relator Krah Plunkert***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, *ex rel.* KRAH PLUNKERT,<br><br>Plaintiffs,<br><br>v.<br><br>MARYLAND BROADBAND COOPERATIVE, *et al.*,<br><br>Defendants. | **Civ. No. SAG-19-3375** |

### ORDER

It is ORDERED, this _____ day of April, 2024, by the United States District Court for the District of Maryland, that the parties' joint Motion to Defer Dismissal with prejudice is GRANTED, and dismissal with prejudice is accordingly deferred until May 4, 2024.

Honorable Stephanie A. Gallagher
United States District Judge

1